```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 06032
   ZBIGNIEW HARTMANOWSKI
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1224

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 03/14/2008 and was not confirmed.

      The case was dismissed without confirmation 06/09/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
-----------------------------------------------------------------------------
FRANK KOVACS               NOTICE ONLY     NOT FILED           .00         .00
STANISLAWA HARTMANOWSKI    NOTICE ONLY     NOT FILED           .00         .00
WELLS FARGO BANK           CURRENT MORTG         .00           .00         .00
WELLS FARGO BANK           MORTGAGE ARRE         .00           .00         .00
WIESLAWA MEDRANO           SECURED VEHIC     1500.00           .00         .00
CHRISTINE R PIESIECKI      DEBTOR ATTY           .00                       .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------       --------------
TOTALS                     .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 09/24/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```